

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2016

No. 04-16-00698-CV

**IN THE INTEREST OF R.R.A.**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA02475
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a brief is granted. We order appellant's brief due December 27, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court